**Electronically Filed
Supreme Court
SCWC-17-0000654
14-JAN-2019
09:29 AM**

SCWC-17-000654

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

SUSAN OWEN, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000654; CASE NO. 1DCC-16-0016672)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Nakayama, Acting C.J., McKenna, Pollack, Wilson, JJ., and
Circuit Judge Kubo, in place of Recktentwald, C.J., recused)

Petitioner/Defendant-Appellant Susan Owen's application

for writ of certiorari filed on December 3, 2018, is hereby

rejected.

DATED: Honolulu, Hawaii, January 14, 2019.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Edward H. Kubo, Jr.

